AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Basil Berry,<br>Rohan Kirk White,<br>Clive Jonathan Edwin, and<br>Wesley Thompson,<br><br>*Defendant(s)* | Case No. 21-8412-BER<br><br>FILED BY ___TM___ D.C.<br>Oct 24, 2021<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - West Palm Beach |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 23, 2021__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal reentry into the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Aisha Rahman, HSI Special Agent
*Printed name and title*

Attested to me telephonically by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1

Date: 10/24/21

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Bruce E. Reinhart, U.S Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your affiant, Aisha A. Rahman, first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed for one year. Prior to federal employment, I worked for the Port St. Lucie (Florida) Police Department for nearly five-and-a-half years, serving in the capacity of a Police Officer, and a Persons Crimes Detective. Among my responsibilities as an HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code, amongst others.

2. The facts set forth in this affidavit are based on my personal knowledge; information obtained in this investigation from others, including other law enforcement officers; my review of documents, pictures and computer records related to this investigation; and information gained through training and experience. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me and law enforcement concerning this investigation, but have set forth only those facts necessary to establish probable cause to believe that on or about October 23, 2021, Wesley Thompson, a/k/a Welesly Thompson ("THOMPSON"), Basil Berry ("BERRY"), Rohan White, a/k/a Raheem Jackson ("WHITE"), and Clive Edwin, a/k/a Clive Plummer ("EDWIN"), each committed the offense of illegal reentry into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

**Probable Cause**

3. On October 23, 2021, at approximately 11:12 p.m., U.S. Customs and Border Protection (CBP), Air and Marine Operations (AMO), notified Homeland Security Investigations (HSI) West Palm Beach of the attempted intercept of an inbound vessel approximately two miles north of the Boynton Beach Inlet, and approximately two miles east offshore.

4. CBP AMO observed the target of interest (TOI) traveling westbound from the open ocean towards the United States. The TOI approached a 41-foot marked CBP vessel. The CBP vessel was equipped with emergency blue lights, sirens, dual spotlights, and deck lights. The crew consisted of three sworn, certified, and uniformed federal law enforcement officers, a Vessel Commander (VC), Tactical Boarding Officer (TBO) and Crewmember. As the TOI approached the CBP vessel, the CBP vessel commander ("VC") maneuvered in a position to conduct an investigatory stop. The VC energized the law enforcement emergency blue lights, spotlights, and deck lights to conduct an investigatory stop of the TOI. The captain of the TOI looked directly back at the CBP vessel and slowed down the vessel. As the CBP vessel began to position alongside the TOI for boarding, the TOI captain pushed the throttles down, causing the TOI to suddenly accelerate. Because of the captain's actions to fail to obey the lawful order of an authorized federal law enforcement officer to heave to, the VC requested the deployment of two warning shots (aerial diversionary device) in accordance with the AMO Small Boat Interdiction Policy (SBIP). The TBO successfully deployed two warning shots well forward of the TOI. The captain of the TOI continued making evasive maneuvers. Due to the proximity of the shoreline, the VC instructed the crew of the CBP vessel to abort SBIP. The captain of the TOI continued on a westbound course at approximately 40 knots, ultimately beaching the TOI in the approximate location of Manalapan, Florida, in Palm Beach County.

5. Upon beaching the TOI, all occupants exited the vessel and attempted to flee the area on foot to avoid law enforcement detection.

6. Law enforcement arrived on scene shortly thereafter and apprehended eleven of the estimated at least sixteen total occupants who disembarked the vessel. The eleven occupants consisted of seven adult Jamaican males, three adult Jamaican females, and one minor Jamaican male. One of the adult males and one of the adult females required medical attention and were transported to JFK Medical Center. The other occupants were transported to the U.S. Border Patrol Station in Riviera Beach, Florida for administrative processing. BERRY, WHITE, EDWIN, and THOMPSON are all adults, Jamaican nationals, and aliens without lawful status in the United States.

7. The Integrated Automated Fingerprint Identification System (IAFIS) and the DHS Fingerprint Identification System (IDENT) returned a positive match of BERRY's fingerprints confirming his removal from the United States on or about 6/29/2017, following criminal convictions for controlled substance trafficking.

8. IAFIS and IDENT returned a positive match of WHITE's fingerprints confirming his removal from the United States on or about 5/27/2021, following two felony drug convictions.

9. IAFIS and IDENT returned a positive match of EDWIN's fingerprints confirming his removal from the United States on or about 7/27/2009, following a felony conviction regarding controlled substance trafficking.

10. IAFIS and IDENT returned a positive match of THOMPSON's fingerprints confirming his removal from the United States on or about 3/29/2012, following multiple felony convictions related to narcotics violations and a sexual assault conviction.

11. Records checks show there is no record of BERRY, WHITE, EDWIN, and THOMPSON having obtained permission from the Department of Homeland Security or the Attorney General to reapply for admission to the United States.

12. Based on the foregoing, your affiant respectfully submits that probable cause exists to find that on or about October 23, 2021, Wesley Thompson, a/k/a Welesly Thompson ("THOMPSON"), Basil Berry ("BERRY"), Rohan White, a/k/a Raheem Jackson ("WHITE"), and Clive Edwin, a/k/a Clive Plummer ("EDWIN"), each committed the offense of illegal reentry into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
AISHA A RAHMAN
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

ATTESTED AND SWORN TO ME BY TELEPHONE PER FED R. CRIM. P 4.1

Bruce Reinhart  10/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendants:   Basil Berry, Rohan Kirk White, Clive Jonathan Edwin, and Wesley Thompson

Case number: _____

**Charge as to all defendants:**

Illegal reentry into the United States, in violation of Title 8, United States Code, section 1326(a)

**Maximum Penalties:**

As to all defendants, pursuant to Title 8, United States Code, section 1326(b)(1), the penalties are:

Maximum of twenty years' imprisonment
Supervised release of up to three years
Fine of up to $250,000
$100 Special Assessment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8412-BER

UNITED STATES OF AMERICA

v.
BASIL BERRY,
ROHAN KIRK WHITE,
CLIVE JONATHAN EDWIN, and
WESLEY THOMPSON,

                Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Marton Gyires*
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501696
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:   (561) 820-8777
Email:  Marton.Gyires@usdoj.gov